IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

D'ANGELO PUGH,

      Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1621

Opinion filed August 14, 2017.

An appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

D'Angelo Pugh, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, and Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.  See Banks v. State, 916 So. 2d 35 (Fla. 1st DCA 2005).

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.